David R. Markham (SBN 071814)
Peggy J. Reali (SBN 153102)
Ben Travis (SBN 305641)
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, California 92101
Tel.: (619) 399-3995
Fax: (619) 615-2067
dmarkham@markham-law.com; preali@markham-law.com;
btravis@markham-law.com
Attorney for *Ramirez* Plaintiffs in JCCP 4821

Steven M. Tindall (SBN 187862)
Rebecca Stephens (SBN 299234)
**RUKIN HYLAND DORIA & TINDALL LLP**
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
Attorneys for *Richard* Plaintiff in JCCP 4821
*[Additional Attorneys on next page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| LINDSAY SANTINI, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, a National Association with its principal place of business in the State of California,<br><br>Defendant. | Case No.: 16-cv-01992-YGR<br>CLASS ACTION<br>Honorable Yvonne Gonzalez Rogers<br>Action Filed: April 15, 2016<br><br>**NOTICE OF FILING OF "NOTICE OF RELATED CASES" IN *WELLS FARGO WAGE AND HOUR CASES*, JCCP 4821, CURRENTLY PENDING IN THE ALAMEDA COUNTY SUPERIOR COURT, PURSUANT TO CALIFORNIA RULES OF COURT, RULE 3.300(d)**<br><br>Trial Date: None Set |

i

NOTICE OF FILING OF NOTICE OF RELATED CASES IN *WELLS FARGO WAGE AND HOUR CASES*, CASE NO. JCCP 4821, CURRENTLY PENDING IN ALAMEDA COUNTY SUPERIOR COURT

R. Craig Clark (SBN 129219)
Dawn Berry (SBN 292335)
**CLARK LAW GROUP**
205 W. Date Street
San Diego, CA 92101
Telephone: (619) 239-1321
Facsimile: (888) 273-4554

H. Tim Hoffman (SBN 049141)
Arthur W. Lazear (SBN 083603)
**HOFFMAN & LAZEAR**
180 Grand Avenue, Suite 1550
Oakland, CA 94612
Telephone: (510) 763-5700
Facsimile: (510) 835-1311

Walter Haines (SBN 071075)
**UNITED EMPLOYEES LAW GROUP**
5500 Bolsa Avenue, Suite 201
Huntington Beach, CA 92649
Telephone: (888) 474-7242
Facsimile: (562) 256-1006

*Attorneys for Ramirez Plaintiffs in JCCP 4821*

Brian F. Van Vleck (SBN 155250)
**VAN VLECK TURNER & ZALLER LLP**
6310 San Vicente Boulevard, Suite 430
Los Angeles, CA 90048
Telephone: (323) 592-3505
Facsimile: (323) 592-3506

*Attorneys for Hanesoghlyan Plaintiffs in JCCP 4821*

ii

NOTICE OF FILING OF NOTICE OF RELATED CASES IN *WELLS FARGO WAGE AND HOUR CASES*, CASE NO. JCCP 4821, CURRENTLY PENDING IN ALAMEDA COUNTY SUPERIOR COURT

**PLEASE TAKE NOTICE THAT** a Notice of Related Cases ("Notice") has been filed by plaintiffs in the *Wells Fargo Wage and Hour Cases*, Superior Court for the State of California, County of Alameda Case No. JCCP 4821, pursuant to California Rules of Court ("CRC"), Rule 3.300. As required by Rule 3.300(b), the Notice lists the case pending before this Court, as the cases involve the same or similar claims and parties (*see* CRC 3.300(a)(1)). A true and correct copy of said Notice is attached hereto as **Exhibit A**.

Dated: June 23, 2016

THE MARKHAM LAW FIRM

By: /s/ Peggy J. Reali
David R. Markham
Peggy J. Reali
Attorneys for *Santini* plaintiff and *Ramirez* plaintiffs in JCCP No. 4821

1

NOTICE OF FILING OF NOTICE OF RELATED CASES IN *WELLS FARGO WAGE AND HOUR CASES*, CASE NO. JCCP 4821, CURRENTLY PENDING IN ALAMEDA COUNTY SUPERIOR COURT

# EXHIBIT A

David R. Markham (SBN 071814)
Peggy J. Reali (SBN 153102)
Ben Travis (SBN 305641)
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, California 92101
Tel.: (619) 399-3995
Fax: (619) 615-2067
*dmarkham@markham-law.com; preali@markham-law.com;*
*btravis@markham-law.com*
Attorney for *Ramirez* Plaintiffs in JCCP 4821

Steven M. Tindall (SBN 187862)
Rebecca Stephens (SBN 299234)
**RUKIN HYLAND DORIA & TINDALL LLP**
100 Pine Street, Suite 2150
San Francisco, CA 94111
Telephone: (415) 421-1800
Facsimile: (415) 421-1700
Attorneys for *Richard* Plaintiff in JCCP 4821
*[Additional Attorneys on next page]*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF ALAMEDA

| | |
|---|---|
| Coordination Proceeding<br>Special Title (Rule 3.550)<br><br>WELLS FARGO WAGE AND HOUR CASES<br><br>*Ramirez et al. v. Wells Fargo Bank,* Alameda County, No. RG10496146,<br><br>*Richard v. Wells Fargo Bank,* Alameda County, No. RG13690969, and<br><br>*Hanesoghlyan et al.v. Wells Fargo Bank,* Los Angeles County, No. BC470634 | Case No. JCCP004821<br><br>Assigned to Hon. George C. Hernandez, Jr.<br>Department 17<br>Case Filed: January 28, 2010<br>Trial Date: None set<br><br>**NOTICE OF RELATED CASES**<br>**[California Rules of Court, Rule 3.300]** |

| | |
|---|---|
| 1 | R. Craig Clark (SBN 129219) |
| | James M. Treglio (SBN 228077) |
| 2 | **CLARK & TREGLIO** |
| 3 | 205 W. Date Street |
| | San Diego, CA 92101 |
| 4 | Telephone: (619) 239-1321 |
| | Facsimile: (888) 273-4554 |
| 5 | |
| 6 | H. Tim Hoffman (SBN 049141) |
| | Arthur W. Lazear (SBN 083603) |
| 7 | **HOFFMAN & LAZEAR** |
| | 180 Grand Avenue, Suite 1550 |
| 8 | Oakland, CA 94612 |
| | Telephone: (510) 763-5700 |
| 9 | Facsimile: (510) 835-1311 |
| 10 | |
| | Walter Haines (SBN 071075) |
| 11 | **UNITED EMPLOYEES LAW GROUP** |
| | 5500 Bolsa Avenue, Suite 201 |
| 12 | Huntington Beach, CA 92649 |
| | Telephone: (888) 474-7242 |
| 13 | Facsimile: (562) 256-1006 |
| 14 | *Attorneys for Ramirez Plaintiffs* |
| 15 | |
| | Brian F. Van Vleck (SBN 155250) |
| 16 | **VAN VLECK TURNER & ZALLER LLP** |
| | 6310 San Vicente Boulevard, Suite 430 |
| 17 | Los Angeles, CA 90048 |
| | Telephone: (323) 592-3505 |
| 18 | Facsimile: (323) 592-3506 |
| 19 | |
| | *Attorneys for Hanesoghlyan Plaintiffs* |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ii

NOTICE OF RELATED CASES [CRC 3.300]

Plaintiffs in this coordinated action, Bernadette Richard, Michael Devito, Yvettte Ramirez, Henry Maroquin, Jeremy Uzqueda, Ani Hanesoghlyan, Maria Teresa Arguelles, and Kimia Arya, hereby notify the Court, pursuant to California Rules of Court, Rule 3.300(b), of the following similar cases pending in other courts:

1. *Wells Fargo Bank Wage and Hour Cases*, JCCP 4702, consists of two cases which were coordinated in Los Angeles Superior Court on January 31, 2012, before the Honorable Kenneth R. Freeman, located at 600 South Commonwealth Avenue, Los Angeles, CA 90005, in Dept. 310:

   a. *Daniel et al. v. Wells Fargo Bank* filed on January 12, 2011 in Los Angeles Superior Court, Case No. BC452909

   b. *Alexander v. Wells Fargo, N.A.* filed on August 8, 2011 in Alameda County Superior Court, Case No. RG11589524.

These coordinated cases are brought on behalf of current and former Wells Fargo non-exempt Tellers, and allege a single cause of action under the Private Attorney General Act, California Civil Code §2699, *et seq.* ("PAGA") for unpaid wages, off-the-clock work, and unpaid overtime.

2. *Carroll v. Wells Fargo* filed in San Francisco Superior Court on April 7, 2015. The case was subsequently removed to the United States District Court, Northern District of California, San Francisco Division, Case No. 15-CV-02321-EMC and is assigned to the Honorable Edward M. Chen in Courtroom 5. The courthouse is located at 450 Golden Gate Avenue, San Francisco, CA 94102.

*Carroll* is a class action brought on behalf of all non-exempt employees of Wells Fargo (although the one named Plaintiff held the non-exempt position of Service Manager I), and alleges California law violations of failure to pay minimum/straight time/overtime wages; violation of

California Business and Professions Code § 17200 *et seq.*; failure to pay for breaks of less than 30 minutes in duration - California law predicated on FLSA/regulations; meal break violations; rest break violations; waiting time penalties; and failure to provide accurate itemized wage statements.

3. *Layog v. Wells Fargo*, United States District Court, Northern District of California, Case No. 3:16-cv-02011-JD, filed April 15, 2016. The case is assigned to the Honorable James Donato of the San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Courtroom 11.

This is a class action brought on behalf of non-exempt <u>Tellers</u>, and alleges failure to pay overtime under FLSA; and under California law, failure to pay wages and overtime, meal and rest break violations; failure to provide accurate itemized wage statements; failure to pay all wages due twice monthly; failure to pay wages upon termination of employment; and violation of California Business and Professions Code § 17200 *et seq*.

4. *Santini v. Wells Fargo*, United States District Court, Northern District of California, Case No. 4:16-cv-01992-YGR, filed April 15, 2016. The case is assigned to the Honorable Yvonne Gonzalez Rogers of the Oakland Division, located at 1301 Clay Street, Oakland, CA 94612, in Courtroom 1.

*Santini* is a class action brought on behalf of Wells Fargo non-exempt <u>Call Center</u> employees, alleging California law violations for failure to pay wages and overtime; meal and rest break violations; failure to provide accurate itemized wage statements; failure to pay wages upon termination of employment; and violation of California Business and Professions Code § 17200 *et seq.*

<u>Earliest Filed Case</u>. The earliest filed case is *Ramirez v. Wells Fargo, N.A.*, one of the cases coordinated before this Court in JCCP 4821, and originally filed as a class action on January 28, 2010 on behalf of Wells Fargo non-exempt Customer Service and Sales Representatives (CSSRs)

and Bankers. Now that *Ramirez* is coordinated with the *Richard* and *Hanesoghlyan* actions, this coordinated action continues as a proposed class action, and is brought on behalf of Wells Fargo non-exempt CSSRs, Business Specialty Bankers, Personal Bankers, and Premier Bankers. The Second Amended Consolidated Class Action Complaint in this Coordinated Action alleges California law violations for failure to pay wages owed and overtime; meal and rest breaks violations; failure to timely pay wages due and to provide accurate itemized wage statements; and violations of California Business and Professions Code § 17200 *et seq.*

Other than the *Ramirez*, *Richard* and *Hanesoghlyan* cases coordinated before this Court, the earliest filed case is *Daniel et al. v. Wells Fargo Bank* filed on January 12, 2011 in Los Angeles Superior Court, Case No. BC452909, currently coordinated in JCCP 4702 in the Los Angeles Superior Court.

Summary. These cases involve the same defendant (Wells Fargo Bank), and are based on the same or similar claims of wage and hour violations under California and/or the FLSA. Specifically, these cases are proposed class and/or representative actions brought by current and former non-exempt employees of Wells Fargo who seek unpaid wages stemming from off-the-clock work and missed meal and rest breaks, along with the related California law penalties.

Respectfully Submitted,

Dated: June 23, 2016

THE MARKHAM LAW FIRM

By: _____
David R. Markham
Peggy J. Reali
Attorneys for Plaintiffs Yvette Ramirez, Henry Marroquin, and Jeremy Uzqueda; and all coordinated Plaintiffs