UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDSAY SANTINI,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK,<br><br>    Defendant. | Case No. 16-cv-01992-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Only with Court Approval |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | February 17, 2017 |
| COMPLIANCE HEARING RE NAME OF MEDIATOR: | Friday, September 16, 2016 at 9:01 a.m. |
| CLASS CERTIFICATION MOTION: | Filed by 2/28/17<br>Opposition due 4/6/17; Reply due 5/2/17<br>Hearing 5/16/17 at 2:00pm |
| CLOSE OF DISCOVERY | Four months after order on Class Certification issues |

As set forth above, the parties are REFERRED to private mediation. The parties shall provide the Court with the name of an agreed-upon mediator by September 9, 2016 by filing a JOINT Notice. A compliance hearing regarding shall be held on Friday, September 16, 2016 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in courtroom 1. By September 9, 2016, the parties shall file either the JOINT Notice or a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: August 23, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge